Randall T. Garteiser (CA State Bar No. 231821)
  rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
  chonea@ghiplaw.com
GARTEISER HONEA–IP TRIAL BOUTIQUE
95 Third St., San Francisco, CA  94103
119 W Ferguson, Tyler, TX  75702
Tel: 888-908-4400

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SNAPFISH, LLC,**<br><br>Defendant. | Case No. 5:22-cv-08296-BLF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rothschild Patent Imaging, LLC and Defendant Snapfish, LLC hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

1  Dated: May 30, 2023

3  Respectfully submitted,

| | |
|---|---|
| */s/ Randall Garteiser* | */s/ Brandon H. Stroy* |
| Randall Garteiser | Brandon H. Stroy |
|   California Bar No. 231821 |   Email: bstroy@maynardcooper.com |
|   rgarteiser@ghiplaw.com | |
| Christopher Honea | |
|   California Bar No. 232473 | |
|   chonea@ghiplaw.com | |
| | MAYNARD COOPER & GALE LLP |
| GARTEISER HONEA, PLLC | Two Embarcadero Center |
| 95 Third Street, Floor 2 | Suite 1450 |
| San Francisco, CA  94107-4226 | San Francisco, CA 94111 |
| Telephone: (415) 785-3762 | 415-646-4703 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

2

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall T. Garteiser*
Randall T. Garteiser

3

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE